Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 20 2022

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR THOMAS RAYNE SINCLAIR,<br><br>Defendant. | 1:22-CR-2112-SAB<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 113(a)(1), 1153<br>Assault with Intent to Commit Murder<br>(Count 1)<br><br>18 U.S.C. §§ 113(a)(6), 1153<br>Assault Resulting in Serious Bodily Injury<br>(Count 2) |

The Grand Jury charges:

COUNT 1

On or about November 19, 2022, in the Eastern District of Washington, within the external boundaries of the Yakama Nation, in Indian country, the Defendant, TAYLOR THOMAS RAYNE SINCLAIR, an Indian, did intentionally assault T.C. with intent to commit murder by striking and wounding her with a knife, in violation of 18 U.S.C. §§ 113(a)(1), 1153.

COUNT 2

On or about November 19, 2022, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation, in Indian country, the Defendant,

INDICTMENT – 1

TAYLOR THOMAS RAYNE SINCLAIR, an Indian, did intentionally assault T.C., resulting in serious bodily injury to T.C., in violation of 18 U.S.C. §§ 113(a)(6), 1153.

DATED this 20 day of December 2022.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Ki Bodz for*
Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 2