FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>TAYLOR THOMAS RAYNE SINCLAIR,<br><br>                    Defendant. | NO.  1:22-CR-02112-SAB-1<br><br>**ORDER STRIKING TRIAL DATE; SETTING DEADLINES** |

A pretrial conference was held on November 29, 2023, in Yakima, Washington. Defendant was present in the custody of the U.S. Marshals Service and was represented by Andrea George and Juliana Van Wingerden. The United States was represented by Michael Murphy and Courtney Pratten.

Pending before the Court were Defendant's Motions in Limine, ECF No. 53, and the United States' Motion to Continue Trial, ECF No. 59. At the hearing, the Court granted the United States' Motion to Continue, struck the trial date, and ordered the parties to confer regarding available trial dates, and provide those dates to the Court by December 4, 2023. The Court also set briefing deadlines. This Order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED:**

1.      The United States' Motion to Continue Trial, ECF No. 59, is **GRANTED**.

**ORDER STRIKING TRIAL DATE; SETTING DEADLINES** ~ 1

2.      The December 11, 2023 jury trial is **STRICKEN**. A new jury trial will be set after the parties provide the Court will available trial dates.

3.      On or before **December 4, 2023**, the parties shall provide the Court with available trial dates, as well as available dates for pretrial hearings to address Defendant's Motions in Limine and any *Daubert* motions.

4.      On or before **January 5, 2024**, the United States shall disclose the body camera footage it intends to use at trial.

*5.*      On or before **January 19, 2024**, any *Daubert* motions shall be filed.

6.      Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between December 11, 2023, the current trial date, until the new trial date, to be determined, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 30th day of November 2023.

Stanley A. Bastian
Chief United States District Judge

**ORDER STRIKING TRIAL DATE; SETTING DEADLINES** ~ 2